IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

R. ALEXANDER ACOSTA, Secretary of Labor,
United States Department of Labor                    PETITIONER

v.                        No. 4:17-mc-16-DPM

HARRIS TRUCKING & CONCRETE
CONSTRUCTION, INC.                                   RESPONDENT

## ORDER

Secretary Acosta's motion for an expedited hearing, № 3, is granted. The Secretary must serve all filed papers, and this Order, on Harris Trucking by 29 August 2017. E-mail everything to Harris Trucking's lawyer by the same date. And the Secretary must promptly file proof of service and e-mailing. Harris Trucking (through a corporate representative), and counsel for the corporation, must appear at the hearing and show cause why the Court should not enforce the subpoena *duces tecum*, № 2 at 41–43. The one-hour hearing will be at 3:00 p.m. on Thursday, 21 September 2017, in Courtroom B155 of the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas. Harris Trucking must file a response to the petition by 12 September 2017.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 August 2017