# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

R. ALEXANDER ACOSTA, Secretary of Labor,
United States Department of Labor                    PETITIONER

v.                     No. 4:17-mc-16-DPM

HARRIS TRUCKING & CONCRETE
CONSTRUCTION, INC.                                   RESPONDENT

## ORDER

The Court has received the attached letter from Harris Trucking's former lawyer.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 August 2017

# Cox, Sterling, McClure & Vandiver, PLLC
## Attorneys at Law

CADE L. COX
clcox@csmfirm.com

MELANIE J. MCCLURE
mjmcclure@csmfirm.com

BRIAN A. VANDIVER
bavandiver@csmfirm.com

8712 COUNTS MASSIE RD.
NORTH LITTLE ROCK, ARKANSAS 72113

TELEPHONE (501) 954-8073
FACSIMILE (501) 954-7856
WEB: www.csmfirm.com

STEPHANIE L. SIMPSON
slsimpson@csmfirm.com
LEGAL ASSISTANT

EMILY K. TOWE
ektowe@csmfirm.com
LEGAL ASSISTANT

August 23, 2017

**VIA ELECTRONIC AND US MAIL**
Karla Jackson Edwards
Senior Trial Attorney
US Dept. of Labor, Office of the Solicitor
525 S. Griffin Street, Suite 501
Dallas, TX 75202
edwards.karla.j@dol.gov

      **RE:**    **R. Alexander Acosta, U.S. Secretary of Labor v. Harris Trucking & Concrete Construction, Inc.; No. 4:17-mc-00016-DPM**

Dear Ms. Edwards:

Per my voicemail to you today, I do not represent the Respondent in the above-styled civil matter you initiated. I have a conflict of interest under the ethical rules for lawyers because I will likely be a witness in the case and contradict several of Investigator Fischer's factual allegations. I have received the pleadings in the case from you and I forwarded them to the Respondent's owner.

Also per my voicemail to you today, I recently again sent Investigator Fischer Respondent's payroll records for 2 years (2015 & 2016).

Finally, per my voicemail to you today, Mr. Harris's direct contact information is (███████████) and he is willing to provide you with any of the additional documents you have requested that are in his possession. He is also willing to schedule an onsite visit at a mutually agreeable time, as he has been willing to do throughout this entire process.

I am copying the Court on this letter to inform the Court that I do not represent the Respondent in the above-style action. Further, I want Judge Marshall to know that I repeatedly asked you on multiple occasions to discuss and resolve this issue prior to litigation but you refused to discuss it with me.

Sincerely,

COX, STERLING, McCLURE &
VANDIVER, PLLC

By: *[signature]*

Brian A. Vandiver

BAV:ss

cc: U.S. District Court Judge D.P. Marshall Jr. (dpmchampbers@ared.uscourt.gov)
    Investigator Kyle Fischer (fischer.kyle@dol.gov)