IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

R. ALEXANDER ACOSTA, Secretary of Labor,
United States Department of Labor                                    PETITIONER

v.                            No. 4:17-mc-16-DPM

HARRIS TRUCKING & CONCRETE
CONSTRUCTION, INC.                                                    RESPONDENT

## ORDER

The unopposed motion, № 11, is granted, and the September 21st hearing is canceled. The Court commends the parties' cooperation. If the parties have any remaining production dispute, they should file a joint report about it by 13 October 2017. We'll have a hearing thereafter if one is needed. If the Court doesn't hear anything by October 13th, it will dismiss the petition without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 September 2017