IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

R. ALEXANDER ACOSTA, Secretary of Labor,
United States Department of Labor          PETITIONER

v.                     No. 4:17-mc-16-DPM

HARRIS TRUCKING & CONCRETE
CONSTRUCTION, INC.                         RESPONDENT

## JUDGMENT

The petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 October 2017